■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABE LINZER and AARON LINZER, Appellants.— Judgments of conviction unanimously affirmed. The prosecutor in a bitterly contested and extended trial improperly cross-examined one of the defendants with respect to his silence when in custody, and the court erroneously excluded the testimony of the witness Katza. On the whole record, however, with the vast amount of inculpatory

evidence, no proper purpose would be served in giving cognizance to these relatively insubstantial incidents during the trial. (Code Crim. Pro., § 542.) Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.